FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2018 MAY -4 AM 11: 04

CLERK _____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal 3:18-CR-004 |
| | ) | |
| JOHN A. GLENN, JR. | ) | |

## ORDER

Attorney Joseph I. Marchant having moved this Court for a leave of absence from June 15, 2018 to June 25, 2018 for family vacation, and no good cause being shown why Attorney's request should be denied, said Motion is hereby granted.

This 4th day of May, 2018.

The Honorable Dudley H. Bowen, Jr. Judge
U. S. District Court for the Southern District of Georgia